



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2008

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SARAH B. EVANS
*Assistant Corporation Counsel*
Tel.: (212) 788-1041
Fax: (212) 788-9776

January 28, 2008

**BY HAND DELIVERY**
Honorable Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

RECEIVED
JAN 29 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re: John Harding v. The City of New York, et al.,
08 CV 0037 (DAB)

Your Honor:

MEMO ENDORSED

Granted
/s/ DAB
1/29/08

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of the City of New York and the New York City Police Department.[1] In that capacity, I write with the consent of plaintiff's counsel, Ugochukwu Uzoh, Esq., to respectfully request a sixty-day enlargement of time, from January 28, 2008 until March 28, 2008 within which City defendants may answer or otherwise respond to the complaint. This is the first request for an enlargement of time.

The complaint alleges that plaintiff was falsely arrested on March 11, 2007, assaulted and subsequently maliciously prosecuted. In addition to the City of New York, plaintiff names New York City Police Officer Joe Panico and two unidentified police officers as defendants. Before we can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. An enlargement of time will allow this office to forward to plaintiff for execution an authorization for the release of records sealed pursuant to New York Criminal Procedure Law § 160.50. Pursuant to that statute, all records concerning the arrest and prosecution of plaintiff were sealed by court order upon the termination of the criminal action in favor of plaintiff. In addition, because plaintiff is claiming physical and/or psychological injuries, an enlargement of time will allow us to forward a medical release to plaintiff so that we can secure the relevant medical records. City defendants cannot obtain these records without these authorizations, and without the records, City defendants cannot properly assess this

---

[1] This case has been assigned to Assistant Corporation Counsel Brian Francolla, who is presently awaiting admission to the bar, and is handling this matter under supervision. Mr. Francolla may be reached directly at (212) 788-0988.



MEMO ENDORSED

*MEMO ENDORSED*

case or respond to the complaint. Accordingly, City defendants require this enlargement so that this office may obtain the underlying documentation, properly investigate the allegations of the complaint and fulfill its obligations under Rule 11 of the Federal Rules of Civil Procedure.

Moreover, we must ascertain whether Officer Panico has been served with the summons and complaint.[2] If service has been effectuated, then pursuant to Section 50-k of the New York General Municipal Law, this office must determine, based on a review of the case, whether we may represent Officer Panico. Officer Panico must then decide whether he wishes to be represented by this office. See Mercurio v. The City of New York, et al., 758 F.2d 862, 864 - 65 (2d Cir. 1985) (quoting Williams v. City of New York, et al., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)). If so, we must obtain Officer Panico's written authorization. Only after this procedure has been followed can we determine how to proceed in this case.

In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration herein.

Respectfully submitted,

Sarah B. Evans
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Ugochukwu Uzoh, Esq. (By fax)
      Attorney for Plaintiff
      Law Offices of O'Keke and Associates, P.C.
      255 Livingston Street, 4th Floor
      Brooklyn, NY 11217
      *Fax:* 718-502-9953

**SO ORDERED**

*Deborah A. Batts*   1/29/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*MEMO ENDORSED*

---

[2] Upon information and belief, Officer Panico has not been served been served with a copy of the summons and complaint or requested legal representation from the Office of the Corporation Counsel, and therefore is not a defendant in this action. Without making any representations on his behalf, it is respectfully requested that, in the event Officer Panico was served, his time to respond to the complaint be similarly enlarged so that his defenses are not jeopardized while representational issues are being decided.