AFFIDAVIT OF NON SERVICE
CASE # 08 CV 0037

**JOHN HARDING**
Plaintiff

Vs

**THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT P.O. JOE PANICO SHEILD# 11701 ,"JANE DOE AND JOHN DOE".**

Defendants

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On 1/7/2008 2:49 PM at 100 CHURCH STREET 4TH FLR., NEW YORK, NEW YORK 10007 Deponent served the **SUMMONS AND COMPLAINT** on **THE CITY OF NEW YORK** by delivering a true copy to **JERRY BRADSHAW** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation

A description of the person served in as follows:

Sex **MALE**
Skin **BLACK**
Color of Hair **NONE**
Approx. Age **30 - 35**
Approx. Height **5'10"- 5'11"**
Approx. Wt **150 -155 LBS**

**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
30TH day of JANUARY 2008

NOTARY PUBLIC

**KEHINDE O JOBI**
Notary Public, State of New York
No 02JO5060546
Qualified in Bronx County
Commission Expires May 20, 2009

AFFIDAVIT OF NON SERVICE
CASE # 08 CV 0037

**JOHN HARDING**
Plaintiff

Vs

**THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT P.O. JOE PANICO SHEILD# 11701 ,"JANE DOE AND JOHN DOE".**
Defendants

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **1/7/2008  2:05 PM** at **1 POLICE PLAZA  NEW YORK, NEW YORK 10038** Deponent served the **SUMMONS AND COMPLAINT** on **NEW YORK CITY POLICE DEPARTMENT** by delivering a true copy to **EILEEN FLAHERTY Esq,** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation

A description of the person served in as follows:

Sex **FEMALE**
Skin **WHITE**
Color of Hair **BROWN**
Approx. Age **28 - 35**
Approx. Height **5'10"- 5'11"**
Approx. Wt **145 -155 LBS**

_____
**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
30TH day of JANUARY, 2008

_____
NOTARY  PUBLIC
**KEHINDE O JOBI**
Notary Public, State of New York
No  02JO5060546
Qualified  in Bronx County
Commission Expires May 20, 2009

AFFIDAVIT OF SERVICE
CASE # 08 CV 0037

**JOHN HARDING**                                            Plaintiff

    Vs

**THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT P.O. JOE PANICO SHEILD# 11701
,"JANE DOE AND JOHN DOE".**

                                                                                                       Defendants

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On 1/30/2008 11:22 AM at at **1 POLICE PLAZA 12th flr. NEW YORK, NEW YORK 10038** Deponent served the **SUMMONS AND COMPLAINT** on **P.O. JOE PANICO SHEILD# 11701** by delivering a true copy to **BERRY ( SPAA )** an authorized agent.

Said premises are recipient's actual place of business within the state. I asked the person spoken to whether the defendant actually works at these premises and received an affirmative response.

A description of the person served in as follows:

Sex **FEMALE**
Skin **BLACK**
Color of Hair **BLACK**
Approx. Age **40 - 45**
Approx. Height **5'6"- 5'7"**
Approx. Wt **150 -155 LBS**

                                                                                                         _____
                                                                                                          **MAHITIMA BAA**
                                                                                                          Process Server's Lic #1156551

Sworn to be fore me on this
30TH day of JANUARY, 2008

_____
NOTARY           PUBLIC
**KEHINDE O JOBI**
Notary Public, State of New York
No 02JO5060546
Qualified in Bronx County
Commission Expires May 20, 2009