```
United States District Court
Southern District of New York
------------------------------------x
JOHN HARDING,
                        Plaintiff,

        -against-                          08 Civ. 37 (DAB)
                                              ORDER
THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, P.O. JOE PANICO
[SHIELD # 11701], JANE DOE AND JOHN
DOE 1 through 4,

                        Defendants.
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2008

DEBORAH A. BATTS, United States District Judge.

The Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Within (10) ten days of the date of this Order, Plaintiff shall inform the Court in writing of what efforts he is making to identify Defendants John and Jane Doe 1 through 4.

SO ORDERED.

Dated:   New York, New York
         April 15, 2008

*[signature: Deborah A. Batts]*

Deborah A. Batts
United States District Judge