

MEMO ENDORSED

**O'KEKE & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK 11217
TEL: (718) 855-9595, FAX: (718) 855-9494

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2008

April 23, 2008

**By First Class Mailing**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

RECEIVED
APR 2 4 2008

      Re:    <u>John Harding v. The City of New York, et al.</u>
              08-CV-0037 (DAB)

Dear Judge Batts:

      Pursuant to the Order dated April 15, 2008, I respectfully write to submit to the Court that plaintiff is now in a position to identify defendants John Doe and Jane Doe 1 through 4.

      Said names were provided to plaintiff in defendants' Rule 26 (a) disclosures on April 21, 2008.

      In light of said disclosures, plaintiff intends to amend his complaint and serve all additional parties in a timely manner.

      Wherefore plaintiff respectfully requests that the court allow plaintiff to file and serve an amended complaint in the within action. I have spoken to Mr. Brian Francolla, Attorney for the named defendants, and he consents to same.

Granted
/s/ DAB
4/25/2008

MEMO ENDORSED

Honorable Deborah A. Batts
United States District Judge
Page 2 of 2



Thank you for your consideration in this matter.

Sincerely yours,
O'keke & Associates, P.C
By

Ugochukwu Uzoh, Esq.

cc:    (By Facsimile# 212 788-9776)
       Brian Francolla
       Assistant Corporation Counsel
       The City of New York
       Law Department
       100 Church Street
       New York, NY 10007

MEMO ENDORSED

**SO ORDERED**

DEBORAH A. BATTS    4/25/2008
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED